**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA

Refer to:      Case No. 01-3257          **CERTIFIED MAIL**

Joanne Erde
Broad and Cassel
201 S. Biscayne Boulevard
Suite 3000
Miami, FL 33131 4330

FEB 12 2004

RE:  Rome Hospital, Provider No. 33-0215, Case No. 01-3257, FYE – December 31, 1995

Dear Ms. Erde:

The Provider Reimbursement Review Board (Board) has reviewed the documentation submitted in the above-captioned case.

Pursuant to 42 U.S.C. § 1395oo(a) and 42 C.F.R. §§ 405.1835-.1841, a provider has a right to a hearing before the Board with respect to costs claimed on a timely filed cost report if it is dissatisfied with the final determination of the intermediary, the amount in controversy is $10,000 or more, and the request for hearing is filed within 180 days of the date of the final determination.

In this case, the Provider filed a timely request for a hearing within 180 days of the revised Notice of Program Reimbursement (NPR). The Provider appealed the issue of Medicaid Eligible Days, which the Intermediary contends was not adjusted on the revised NPR, which is being appealed. The Provider contends that the position taken by the Government in its settlement criteria to address the hundreds of *Monmouth* cases is that the Government offered to settle all cases where the Provider received its NPR after February 1997, and there has been no payment for eligible but unpaid days, which are precisely the facts of this case.

The Board has considered the Parties' positions and finds that it does have jurisdiction over the issue of Medicaid Eligible Days.

Board Members Participating:

Martin W. Hoover, Esq.
Gary B. Blodgett, DDS
Suzanne Cochran, Esq.
Elaine C. Powell, C.P.A. (dissenting)

For the Board:

Suzanne Cochran
Chairperson

RECEIVED
FEB 1 6 2004
BROAD AND CASSEL

cc:  George Porette, Empire Blue Cross
     Wilson C. Leong, Blue Cross & Blue Shield Association
     Eileen Bradley, Blue Cross & Blue Shield Association