# United States District Court
# For the District of Columbia

**FILED**
OCT - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROME MEMORIAL HOSPITAL, )
)
)
)
     vs     Plaintiff )     Civil Acti|
)
MICHAEL O. LEAVITT, )
)
)
     Defendant )

CASE NUMBER   1:05CV01944

JUDGE: John Garrett Penn

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/03/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  plaintiff  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Rome Memorial Hospital  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D,C, Bar No. 450927
BAR IDENTIFICATION NO.

Christopher L. Crosswhite
Print Name

Suite 700, 1667 K St., NW
Address

Washington   DC   20006
City            State         Zip Code

202-776-7846
Phone Number