UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROME MEMORIAL HOSPITAL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT,** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1944 (JGP) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time [3] , it is hereby

**ORDERED** that the motion [3] is **GRANTED**; and it is further

**ORDERED** that Defendant respond to the complaint on or before February 15, 2006.


**DATE: November 29, 2005**                                      **JOHN GARRETT PENN**
                                                                 **United States District Judge**