UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROME MEMORIAL HOSPITAL,**           ) | |
| )| |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Civil Action No. 05-1944 (JGP) |
| ) | |
| **MICHAEL O. LEAVITT,**           ) | |
| ) | |
| Defendant.           ) | |

### ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time [5], it is hereby

**ORDERED** that the motion [5] is **GRANTED**. Defendant shall respond to the complaint on or before April 17, 2006.


**DATE: February 8, 2006**                                          **JOHN GARRETT PENN**
                                                                                                **United States District Judge**