IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROME MEMORIAL HOSPITAL,             )
      Plaintiff                     )
                                    )  Civ. No. 05-1944 (JGP)
      v.                            )
                                    )
MICHAEL O. LEAVITT,                 )
      Defendant                     )
_____ )

**JOINT MOTION TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on April 17, 2006. Good cause exists for the stay, as detailed below.

1.    From the Secretary's perspective, plaintiff's Complaint raises issues similar to those raised by the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("Medicare Reimbursement"). Those cases were stayed pending a decision and issuance of the mandate from the D.C. Circuit in Baystate v. Thompson, No. 04-5203 (D.C. Cir.) ("Baystate"). The Supreme Court denied certiorari in Baystate on April 3, 2006. The Secretary indicated on the same day that it intends to "undertake to negotiate with plaintiffs a revised Status Report and Case Management Plan for submission to the Court within thirty days of the date hereof."

2.    A 60-day stay is warranted. The Secretary believes that this case should be consolidated with the Medicare Reimbursement cases pursuant to Fed. R. Civ. P. 42(a), and has informed plaintiff of this position. Plaintiff has not agreed that consolidation is appropriate but

has informed defendant that it believes that the case may be appropriate for settlement and has made a settlement proposal. The parties need additional time to discuss these issues. In addition, the Secretary believes that any further proceedings in this case would be premature before the court in <u>Medicare Reimbursement</u> has had the opportunity to rule on any motion to consolidate.

| | |
|---|---|
| Dated: April 13, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | KENNETH L. WAINSTAIN<br>United States Attorney |
| | SHEILA M. LIEBER<br>Deputy Branch Director |
| /s/ Chistopher L. Crosswhite | /s/ Peter Bryce |
| CHRISTOPHER L. CROSSWHITE<br>D.C. Bar No. 450927<br>DUANE MORRIS LLP<br>1667 K Street, NW, Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 776-7846<br>JOANNE B. ERDE, P.A.<br>DUANE MORRIS LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | PETER BRYCE (NY and IL Bars)<br>Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Rm. 6138<br>20 Massachusetts Ave, NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>    Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (JGP)<br>)<br>)  PROPOSED ORDER<br>)<br>)<br>) |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time To Answer/Repsond; and it is further

ORDERED that Defendant will have until June 16, 2006, to respond to the Complaint.

DATED: _____

_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE