IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ROME MEMORIAL HOSPITAL,                     )
     Plaintiff                             )
                                            )    Civ. No. 05-1944 (JGP)
     v.                                    )
                                            )
MICHAEL O. LEAVITT,                         )
     Defendant                             )
_____ )

## JOINT MOTION TO STAY TIME TO ANSWER/RESPOND

     Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services

and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to

the Complaint.  Defendant's response is currently due on June 16, 2006.  Good cause exists for

the stay, as detailed below.

     1.     Plaintiff's Complaint raises certain issues that are similar to those raised by the

cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.)

("Medicare Reimbursement").  The parties in those cases have been meeting and exchanging

information in order to explore the possibility of settlement without the need for further

protracted litigation.  Those discussions are ongoing and the court has granted extensions of time

in those cases to allow the parties to pursue negotiations.

     2.     A 60-day stay in this case is warranted.  Although there is a possibility that this

case may be resolved without the need for litigation, the likelihood and form of any settlement

depends, from the Secretary's perspective, on the progress of negotiations in Medicare

Reimbursement.  Accordingly, the parties ask that this case be stayed for an additional sixty days

to allow time to explore the possibility of settlement in both the Medicare Reimbursement cases

and this case.

Dated: June 13, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

 /s/ Christopher L. Crosswhite

CHRISTOPHER L. CROSSWHITE
D.C. Bar No. 450927
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, D.C. 20006
Telephone:  (202) 776-7846
JOANNE B. ERDE, P.A.
DUANE MORRIS LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131

*Counsel for Plaintiff*

 /s/ Peter Bryce

PETER BRYCE (NY and IL Bars)
Trial Attorney

United States Department of Justice
Civil Division, Rm. 6138
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

*Counsel for Federal Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
ROME MEMORIAL HOSPITAL,                        )
    Plaintiff                                )
                                              )     Civ. No. 05-1944 (JGP)
    v.                                       )
                                              )     PROPOSED ORDER
MICHAEL O. LEAVITT,                            )
    Defendant                                )
_____ )

       For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time

To Answer/Repsond; and it is further

       ORDERED that Defendant will have until August 15, 2006, to respond to the Complaint.


DATED: _____



                                     _____
                                     HON. JOHN GARRETT PENN
                                     UNITED STATES DISTRICT JUDGE