# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1944 (JGP) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' **Joint Motion to Stay Time to Answer/Respond [9]**, it is hereby

**ORDERED** that the motion [9] is **GRANTED**. Defendant shall respond to the complaint on or before October 15, 2006.

**SO ORDERED.**

DATE: August 18, 2006                               JOHN GARRETT PENN
                                                    **United States District Judge**