IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>     Plaintiff<br><br>     v.<br><br>MICHAEL O. LEAVITT,<br>     Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (JGP)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on February 13, 2007. Good cause exists for the stay, as detailed below.

1. Plaintiff's Complaint raises certain issues that are similar to those raised by the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("Medicare Reimbursement"). The parties in those cases have been meeting and exchanging information in order to explore the possibility of settlement without the need for further protracted litigation. Those discussions are ongoing and the court has granted extensions of time in those cases to allow the parties to pursue negotiations. The parties have informed the court that they will provide a joint status report on February 20, 2007.

2. A 60-day stay in this case is warranted. Although there is a possibility that this case may be resolved without the need for litigation, the likelihood and form of any settlement depends, from the Secretary's perspective, on the progress of negotiations in Medicare Reimbursement. Accordingly, the parties ask that this case be stayed for an additional sixty days

to allow time to explore the possibility of settlement in both the <u>Medicare Reimbursement</u> cases and this case.

| | |
|---|---|
| Dated: February 11, 2007 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | SHEILA M. LIEBER<br>Deputy Branch Director |
| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
| CHRISTOPHER L. CROSSWHITE<br>D.C. Bar No. 450927<br>DUANE MORRIS LLP<br>1667 K Street, NW, Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 776-7846<br>JOANNE B. ERDE, P.A.<br>DUANE MORRIS LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | PETER BRYCE (NY and IL Bars)<br>Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Rm. 6138<br>20 Massachusetts Ave, NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROME MEMORIAL HOSPITAL,             )
    Plaintiff                       )
                                    )  Civ. No. 05-1944 (JGP)
    v.                              )
                                    )  PROPOSED ORDER
MICHAEL O. LEAVITT,                 )
    Defendant                       )
_____ )

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time To Answer/Respond; and it is further

ORDERED that Defendant will have until April 16, 2007, to respond to the Complaint.

DATED: _____


                                        _____
                                        HON. JOHN GARRETT PENN
                                        UNITED STATES DISTRICT JUDGE