IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROME MEMORIAL HOSPITAL,             )
    Plaintiff                        )
                                    )   Civ. No. 05-1944 (JGP)
v.                                  )
                                    )
MICHAEL O. LEAVITT,                 )
    Defendant                        )
_____)

## JOINT MOTION TO STAY TIME TO ANSWER/RESPOND

    Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on April 13, 2007. Good cause exists for the stay, as detailed below.

    1.    Plaintiff's Complaint raises certain issues that are similar to those raised by the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("Medicare Reimbursement"). The parties in those cases have been meeting and exchanging information in order to explore the possibility of settlement without the need for further protracted litigation. Those discussions are ongoing and the court has granted extensions of time in those cases to allow the parties to pursue negotiations. The parties have informed the court that they will provide their next joint status report on April 27, 2007.

    2.    A 60-day stay in this case is warranted. Although there is a possibility that this case may be resolved without the need for litigation, the likelihood and form of any settlement depends, from the Secretary's perspective, on the progress of negotiations in Medicare Reimbursement. Accordingly, the parties ask that this case be stayed for an additional sixty days

to allow time to explore the possibility of settlement in both the <u>Medicare Reimbursement</u> cases and this case.

Dated: March 12, 2007
Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
|---|---|
| CHRISTOPHER L. CROSSWHITE | PETER BRYCE (NY and IL Bars) |
| D.C. Bar No. 450927 | Trial Attorney |
| DUANE MORRIS LLP | |
| 1667 K Street, NW, Suite 700 | United States Department of Justice |
| Washington, D.C. 20006 | Civil Division, Rm. 6138 |
| Telephone: (202) 776-7846 | 20 Massachusetts Ave, NW |
| JOANNE B. ERDE, P.A. | Washington, D.C. 20530 |
| DUANE MORRIS LLP | Telephone: (202) 616-8335 |
| 200 S. Biscayne Blvd., Suite 3400 | Fax: (202) 616-8470 |
| Miami, FL 33131 | E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>    Defendant | )<br>)<br>)<br>) Civ. No. 05-1944 (JGP)<br>)<br>) PROPOSED ORDER<br>)<br>)<br>) |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time To Answer/Respond; and it is further

ORDERED that Defendant will have until June 13, 2007, to respond to the Complaint.

DATED: _____

                                                                          _____
                                                                          HON. JOHN GARRETT PENN
                                                                          UNITED STATES DISTRICT JUDGE