IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL, <br>     Plaintiff <br><br> v. <br><br> MICHAEL O. LEAVITT, <br>     Defendant | ) <br> ) <br> )    Civ. No. 05-1944 (JGP) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on June 16, 2006. Good cause exists for the stay, as detailed below.

1.    Plaintiff's Complaint raises certain issues that are similar to those raised by the cases consolidated in <u>In re Medicare Reimbursement Litigation</u>, 03-0090 (D.D.C.) (Friedman, J.) ("<u>Medicare Reimbursement</u>"). The parties in those cases have been meeting and exchanging information in order to explore the possibility of settlement without the need for further protracted litigation. Those discussions are ongoing and the court has granted extensions of time in those cases to allow the parties to pursue negotiations.

2.    A 60-day stay in this case is warranted. Although there is a possibility that this case may be resolved without the need for litigation, the likelihood and form of any settlement depends, from the Secretary's perspective, on the progress of negotiations in <u>Medicare Reimbursement</u>. Accordingly, the parties ask that this case be stayed for an additional sixty days to allow time to explore the possibility of settlement in both the <u>Medicare Reimbursement</u> cases

and this case.

Dated: June 13, 2006                                    Respectfully submitted,

                                                        PETER D. KEISLER
                                                        Assistant Attorney General

                                                        KENNETH L. WAINSTAIN
                                                        United States Attorney

                                                        SHEILA M. LIEBER
                                                        Deputy Branch Director


 /s/ Christopher L. Crosswhite                           /s/ Peter Bryce

CHRISTOPHER L. CROSSWHITE                               PETER BRYCE (NY and IL Bars)
D.C. Bar No. 450927                                     Trial Attorney
DUANE MORRIS LLP
1667 K Street, NW, Suite 700                            United States Department of Justice
Washington, D.C. 20006                                  Civil Division, Rm. 6138
Telephone:  (202) 776-7846                              20 Massachusetts Ave, NW
JOANNE B. ERDE, P.A.                                    Washington, D.C.  20530
DUANE MORRIS LLP                                        Telephone:  (202) 616-8335
200 S. Biscayne Blvd., Suite 3400                       Fax:  (202) 616-8470
Miami, FL 33131                                         E-mail: Peter.Bryce@usdoj.gov

*Counsel for Plaintiff*                                 *Counsel for Federal Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>　　Plaintiff<br><br>　　v.<br><br>MICHAEL O. LEAVITT,<br>　　Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (JGP)<br>)<br>)  PROPOSED ORDER<br>)<br>)<br>) |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time To Answer/Repsond; and it is further

ORDERED that Defendant will have until August 15, 2006, to respond to the Complaint.

DATED: _____

_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE