IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>    Defendant | )<br>)<br>)<br>) Civ. No. 05-1944 (JGP)<br>)<br>)<br>)<br>)<br>) |

**ERRATA**

On June 13, 2007, the undersigned counsel, intending to file a Joint Motion To Stay Time To Answer or Respond dated June 13, 2007, inadvertently filed instead an older document dated June 13, 2006 (see d/e # 15). Thereafter, the undersigned filed the correct motion (d/e #16). The undersigned regrets this error, hereby withdraws the incorrect motion (d/e #15), and respectfully asks the Court to consider only the corrected motion (d/e #16).

Dated: June 13, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

  s/ Peter M. Bryce

PETER M. BRYCE (NY & IL Bars)
U.S. Department of Justice
Civil Division
20 Massachusetts Ave., N.W., Room 7308
Washington, D.C.  20001
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

*Counsel for Federal Defendant*