IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ROME MEMORIAL HOSPITAL,      )
    Plaintiff                             )
                                            )   Civ. No. 05-1944 (JGP)
v.                                          )
                                            )
MICHAEL O. LEAVITT,              )
    Defendant                           )
_____ )

**JOINT MOTION TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on August 13, 2007. Good cause exists for the stay, as detailed below.

1.    Plaintiff's Complaint raises certain issues that are similar to those raised by the cases consolidated in <u>In re Medicare Reimbursement Litigation</u>, 03-0090 (D.D.C.) (Friedman, J.) ("<u>Medicare Reimbursement</u>"). The parties in those cases have been meeting and exchanging information in order to explore the possibility of settlement without the need for further protracted litigation. Those discussions are ongoing and the court has granted extensions of time in those cases to allow the parties to pursue negotiations. The parties have a status report due in that case on August 17, 2007.

2.    A 60-day stay in this case is warranted. Although there is a possibility that this case may be resolved without the need for litigation, the likelihood and form of any settlement depends, from the Secretary's perspective, on the progress of negotiations in <u>Medicare Reimbursement</u>. Accordingly, the parties ask that this case be stayed for an additional sixty days

-1-

to allow time to explore the possibility of settlement in both the <u>Medicare Reimbursement</u> cases and this case.

| | |
|---|---|
| Dated: August 9, 2007 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | SHEILA M. LIEBER<br>Deputy Branch Director |
| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
| CHRISTOPHER L. CROSSWHITE<br>D.C. Bar No. 450927<br>DUANE MORRIS LLP<br>1667 K Street, NW, Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 776-7846<br>JOANNE B. ERDE, P.A.<br>DUANE MORRIS LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | PETER BRYCE (NY and IL Bars)<br>Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Rm. 6138<br>20 Massachusetts Ave, NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>    Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (JGP)<br>)<br>)  PROPOSED ORDER<br>)<br>)<br>) |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time To Answer/Respond; and it is further

ORDERED that Defendant will have until October 15, 2007, to respond to the Complaint.

DATED: _____

                                            HON. JOHN GARRETT PENN
                                            UNITED STATES DISTRICT JUDGE