IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>　　Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>　　Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (GK)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO VACATE INITIAL SCHEDULING ORDER
AND SUPPLEMENT TO PENDING JOINT MOTION
TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, hereby move to vacate the Court's October 24 Order Setting Initial Scheduling Conference. Good cause exists for this Motion, as detailed below.

1.　　As discussed in the parties' September 27 Joint Motion To Stay Time To Answer/Respond (the "Motion to Stay"), the parties have been in settlement negotiations to resolve this case along with the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.). As a result, the parties believe this case will likely be resolved without the need for litigation. Accordingly, on September 27, 2007, before this case was transferred, the parties filed the Motion to Stay. The Motion to Stay remains pending before the Court. Moreover, because the case is likely to be resolved without litigation, the parties believe that an initial scheduling conference, and related activities, will not be necessary.

2.　　Moreover, this case is "an action for review on an administrative record" under Fed. R. Civ. P. 26(a)(1)(E)(i) and Local Rule 16.3(b)(1), and is therefore exempt from the requirements of Fed. R. Civ. P. 26(f) and Local Rule 16.3. See Fed. R. Civ. P. 26(f) & LcvR 16.3(b). Consequently, the meet and confer obligations and related requirements set forth in the

Court's October 24 scheduling order would not ordinarily apply to this case.

3.  Accordingly, the parties jointly request that the Court vacate its October 24 Order Setting Initial Scheduling Conference, cancel the scheduling conference set for November 6, 2007, and grant the parties' currently pending Motion to Stay.

4.  In the alternative, if the Court wishes to nonetheless have a status conference, the undersigned counsel for Plaintiff requests that it be postponed until November 13, 2007, or sometime thereafter, because counsel is scheduled to be out of town on November 6.

| Dated: October 29, 2007 | Respectfully submitted, |
|---|---|
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | SHEILA M. LIEBER<br>Deputy Branch Director |
| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
| CHRISTOPHER L. CROSSWHITE<br>D.C. Bar No. 450927<br>DUANE MORRIS LLP<br>1667 K Street, NW, Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 776-7846<br>JOANNE B. ERDE, P.A.<br>DUANE MORRIS LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | PETER BRYCE (IL Bar No. 6244216)<br>Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Rm. 6138<br>20 Massachusetts Ave, NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>  Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>  Defendant | )<br>)<br>)<br>) Civ. No. 05-1944 (GK)<br>)<br>) PROPOSED ORDER<br>)<br>)<br>) |

  For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Vacate Initial Scheduling Order; and it is further

  ORDERED that the Court's October 24, 2007 Initial Scheduling Order is VACATED;

  ORDERED that the initial scheduling conference set for November 6, 2007 is CANCELLED.

  Further, for good cause shown, the Court hereby GRANTS the parties' Joint Motion To Stay Time To Answer/Respond; and it is further

  ORDERED that Defendant will have until December 14, 2007, to respond to the Complaint.

DATED: _____

                _____
                HON. GLADYS KESSLER
                UNITED STATES DISTRICT JUDGE