IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>    Defendant | )<br>)<br>)<br>)  Civ. No. 05-1944 (GK)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND JOINT MOTION
TO STAY TIME TO ANSWER/RESPOND**

Pursuant to this Court's Order of October 29, 2007, Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, submit this joint status report and hereby move to stay Defendant's time to answer or otherwise respond to the complaint.

1.  As noted in the parties' prior submissions in this case, the parties have been in negotiations to resolve this case as part of a global settlement that would include the approximately 260 cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("In re Medicare"), as well as certain other actions raising similar issues. Due, in part, to the magnitude of the proposed settlement, these negotiations have been proceeding for well over a year. During that time, the proceedings in In re Medicare have been stayed and the parties have submitted periodic status reports to the court regarding the ongoing settlement discussions.

2.  Meanwhile, the Court in this litigation has granted periodic stays to allow the parties to pursue global settlement discussions in connection with the cases consolidated in In re Medicare. Most recently, on October 29, 2007, this Court granted a stay, giving Defendant until

December 14, 2007 to answer or otherwise respond to the complaint, and ordering the parties to submit a status report on November 15, 2007.

    3.    Significant progress has been made in the settlement negotiations in the <u>In re Medicare</u> cases, and the litigating attorneys have reached an agreement in principle that expressly incorporates this case.  The attorneys in the <u>In re Medicare</u> cases recently informed the presiding district judge, the Honorable Paul L. Friedman, that counsel would be submitting their proposed global settlement for final approval by the United States Department of Justice and the other parties to the litigation.  If that agreement in principle is finalized, this case will be dismissed with prejudice without the need for litigation.

    4.    Although difficult to predict, the settlement approval process may be concluded within two months from today.  Given the magnitude of the litigation that is subject to the proposed global settlement, the settlement approval process requires input from very high levels within the United States Department of Justice and the Department of Health and Human Services.

    5.    Accordingly, the parties respectfully request that the Court stay the time for Defendant to answer or otherwise respond to the complaint by at least an additional sixty days.  Because the parties believe that this case will likely be resolved without the need for litigation, they do not anticipate a need for Defendant to answer or otherwise respond to the complaint at all.  Indeed, such a submission might conceivably disrupt the anticipated resolution of this case and the many other cases that would be affected by the proposed global settlement.

    6.    Unless the Court orders otherwise, the parties propose to submit an additional status report to the Court on January 15, 2008.

Dated: November 15, 2007                    Respectfully submitted,

                                                        PETER D. KEISLER
                                                      Assistant Attorney General

                                                      JEFFREY A. TAYLOR
                                                      United States Attorney

                                                      SHEILA M. LIEBER
                                                      Deputy Branch Director

| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
|---|---|
| CHRISTOPHER L. CROSSWHITE | PETER BRYCE (IL Bar No. 6244216) |
| D.C. Bar No. 450927 | Trial Attorney |
| DUANE MORRIS LLP | |
| 1667 K Street, NW, Suite 700 | United States Department of Justice |
| Washington, D.C. 20006 | Civil Division, Rm. 6138 |
| Telephone: (202) 776-7846 | 20 Massachusetts Ave, NW |
| JOANNE B. ERDE, P.A. | Washington, D.C. 20530 |
| DUANE MORRIS LLP | Telephone: (202) 616-8335 |
| 200 S. Biscayne Blvd., Suite 3400 | Fax: (202) 616-8470 |
| Miami, FL 33131 | E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>      Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>      Defendant | )<br>)<br>)<br>) Civ. No. 05-1944 (GK)<br>)<br>) PROPOSED ORDER<br>)<br>)<br>) |

The Court has reviewed the parties' Joint Status Report and Joint Motion to Stay Time to Answer/Respond and, for good cause shown, hereby GRANTS the requested stay.

Further, it is hereby ORDERED that the parties will submit an additional status report on January 15, 2008.

Defendant shall have until February 15, 2008, to answer or otherwise respond to the Complaint.

DATED: _____

_____
HON. GLADYS KESSLER
UNITED STATES DISTRICT JUDGE