IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROME MEMORIAL HOSPITAL, <br> Plaintiff <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civ. No. 05-1944 (GK) |

**JOINT MOTION TO FILE STATUS REPORT
OUT OF TIME AND JOINT MOTION TO
STAY PROCEEDINGS PENDING SETTLEMENT**

Pursuant to this Court's Order of November 15, 2007, Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff Rome Memorial Hospital, having inadvertently failed to file a status report on January, 15, 2008, hereby respectfully request permission to file this joint status report out of time. Moreover, since it appears that this action will be settled as part of the global settlement of hundreds of similar cases consolidated in In re Medicare Reimbursement Litigation, Misc. No. 03-0090, the parties also hereby jointly move to stay these proceedings pending dismissal pursuant to that settlement. In support of these motions, the parties state as follows:

1. As noted in the parties' prior submissions in this case, the parties have been in negotiations to resolve this case as part of a global settlement that would include the approximately 260 cases consolidated in In re Medicare Reimbursement Litigation, Misc. No. 03-0090 (D.D.C.) (Friedman, J.) ("In re Medicare"), as well as certain other actions raising similar issues. Due, in part, to the magnitude of the proposed settlement, these negotiations have been proceeding for almost two years. During that time, the proceedings in In re Medicare have been stayed and the parties have submitted periodic status reports to the court regarding the

ongoing settlement discussions.

2. The Court in this litigation has also granted periodic stays to allow the parties to pursue global settlement discussions in connection with the cases consolidated in In re Medicare. Most recently, on November 15, 2007, this Court granted a stay, giving Defendant until February 15, 2008 to answer or otherwise respond to the complaint, and ordering the parties to submit a status report on January 15, 2008.

3. Since this Court's November 15, 2007 Order, certain issues arose regarding the proposed global settlement in In re Medicare. In particular, an issue arose with respect to three fiscal year claims asserted by two hospitals in the consolidated litigation. Those hospitals were no longer willing to resolve the three claims pursuant to the global settlement and instead intended to dismiss the claims from the consolidated litigation in order to pursue administrative appeals. In December and January, counsel for the government and the hospital plaintiffs informed the court in In re Medicare about these developments, and stated that they were still attempting to resolve among themselves how to account for this new information under the terms of the proposed settlement agreement. In particular, the parties informed the court in January, 2008, that the issue was as yet unresolved, but that they remained hopeful that the issue could be resolved and would not unduly delay the proposed settlement. Since that report, the parties have continued their efforts to resolve this issue.

4. It now appears that the parties have resolved the issue and can move forward with finalizing the global settlement in In re Medicare, which will dispose of the vast majority of cases in that consolidated litigation, as well as certain cases involving similar issues, including this case. Given the magnitude of the litigation that is subject to the proposed global settlement,

and the number of hospitals involved, it is difficult to predict with certainty exactly when the settlement agreement can be finalized and signed by all parties.  However, the parties in this case know of no reason to doubt that the settlement will be finalized, fully approved and signed hopefully within a few weeks.  After that occurs, this action, along with hundreds of others would be voluntarily dismissed with prejudice pursuant to the settlement agreement.

5. Unfortunately, during the ongoing negotiations and discussions in the consolidated litigation, counsel inadvertently failed to file in this case the status report due on January 15, 2008.  The undersigned counsel sincerely apologize for this oversight, and respectfully ask the Court to accept the instant status report out of time.  As noted, it appears that the issue that held up the global settlement in <u>In re Medicare</u> has now been resolved and the parties can proceed to finalize the terms of the settlement and finish with the requisite approvals.  To that end, Plaintiff's counsel intends to draft a stipulation of dismissal with prejudice for Defendant's approval, so that this action can be dismissed pursuant to the terms of the global settlement in <u>In re Medicare</u>.

6. Further, since it now appears that this action will be settled and dismissed as part of the global settlement in <u>In re Medicare</u>, the parties believe that an answer or other response from Defendant will not be necessary in this case.  Accordingly, the parties respectfully ask the Court to stay these proceedings, including Defendant's time to answer or otherwise respond to the complaint, for an additional ninety days to allow the global settlement process to conclude.  The parties are hopeful that this case can be dismissed pursuant to the global settlement

Case 1:05-cv-01944-GK    Document 24    Filed 01/30/2008    Page 4 of 5

agreement during that time.

Dated: January 30, 2008                             Respectfully submitted,

                                                          JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
|---|---|
| CHRISTOPHER L. CROSSWHITE | PETER BRYCE (IL Bar No. 6244216) |
| D.C. Bar No. 450927 | Trial Attorney |
| DUANE MORRIS LLP | |
| 505 9th Street, NW, Suite 1000 | United States Department of Justice |
| Washington, D.C. 20004 | Civil Division, Rm. 6138 |
| Telephone: (202) 776-7846 | 20 Massachusetts Ave, NW |
| JOANNE B. ERDE, P.A. | Washington, D.C. 20530 |
| DUANE MORRIS LLP | Telephone: (202) 616-8335 |
| 200 S. Biscayne Blvd., Suite 3400 | Fax: (202) 616-8470 |
| Miami, FL 33131 | E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL,<br>　　Plaintiff<br><br>　　　　v.<br><br>MICHAEL O. LEAVITT,<br>　　Defendant | )<br>)<br>)<br>) Civ. No. 05-1944 (GK)<br>)<br>) PROPOSED ORDER<br>)<br>)<br>) |

The Court has reviewed the parties' Joint Motion to File Status Report Out of Time and Joint Motion to Stay Proceedings Pending Settlement, and for good cause shown, hereby GRANTS the Motion.

Further, it is hereby ORDERED that the proceedings in this case are stayed until May 15, 2008, pending the proposed settlement between the parties.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. GLADYS KESSLER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE