UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROME MEMORIAL HOSPITAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1944 (GK) |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The parties in this lawsuit hereby file this Joint Stipulation of Settlement and Dismissal with Prejudice and state as follows:

1. The parties have resolved this action, and any and all claims pending herein, pursuant to a settlement agreement resolving this and other cases that became effective on March 11, 2008 (the "Settlement Agreement").

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims in this case may be dismissed voluntarily by filing a stipulation of dismissal signed by all parties.

3. This Stipulation is signed by all the parties to this lawsuit.

4. This Stipulation hereby dismisses this action in its entirety and with prejudice.

5. All parties shall bear their own costs and attorneys' fees.

DM2\1365422.3

6.      Pursuant to the Settlement Agreement, the Court retains jurisdiction over all disputes arising out of or relating to the Settlement Agreement, including but not limited to any action to enforce the terms of the Settlement Agreement.

                                                        Respectfully submitted,

DATED: March 12, 2008                /s/ Christopher L. Crosswhite
                                                Christopher L. Crosswhite
                                                D.C. Bar No. 450927
                                                DUANE MORRIS LLP
                                                505 9th Street, NW, Suite 1000
                                                Washington, D.C. 20004
                                                Telephone: (202) 776-7846
                                                Fax: (202) 776-7801

                                                Joanne B. Erde, P.A.
                                                DUANE MORRIS LLP
                                                200 S. Biscayne Blvd., Suite 3400
                                                Miami, FL 33131
                                                Telephone: (305) 960-2218
                                                Fax: (305) 960-2201

                                                *Counsel for Plaintiff*

                                JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

DATED: March 12, 2008           /s/  Peter Bryce
PETER BRYCE (IL Bar No. 6244216)
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

*Counsel for Federal Defendant*

DM2\1365422.3